No. 11–10745. HEATH v. WOJTOWICZ ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–10746. GRAUBERGER v. DOOLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–10747. HUSTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10749. STRICKLAND v. KNAB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10750. REED v. FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 11–10751. DUTTON-MYRIE, AKA MORRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10753. COLEMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10754. CARTER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 11–10755. STRICKLAND v. RRR BOWIE, LLC. Cir. Ct. Prince George's County, Md. Certiorari denied.

No. 11–10756. BANSE v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 11–10757. CHATT, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF CHATT, DECEASED v. CITY OF WEST MEMPHIS, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–10758. CHAVIS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–10759. RIVERA-MARTINEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–10760. ROMERO v. LANDER ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–10761. WARRENER v. SUTHERS, ATTORNEY GENERAL OF COLORADO. C. A. 10th Cir. Certiorari denied.